LAW OFFICES OF
# GUS MICHAEL FARINELLA PC

147 West 35th Street - Suite 1008                      110 Jericho Turnpike – Suite 100
New York, New York 10001                               Floral Park, New York 11001
Telephone (212) 675-6161                               Telephone 516-326-2211
Facsimile   (212) 675-4367                             Facsimile 516-305-5566

Gus Michael Farinella
Admitted NY & DC

Ryan L. Gentile
Admitted NY & NJ

February 18, 2014

BY ECF

Magistrate Judge Magistrate Judge Douglas E. Arpert
District Court of New Jersey
402 East State Street Room 2020
Trenton, New Jersey 08608

             RE:    BEEH v. CAPITAL MANAGEMENT SERVICES, LP et al – Case
                    Number: 3:13-cv-06666-JAP-DEA

Dear Judge Arpert:

        We represent Plaintiff, Michael Beeh, in the above-captioned matter and write, jointly
with counsel for defendant, to provide this Court with an update concerning the status of this
matter.

        The parties are pleased to report that they have reached an agreement in principle to settle
this matter, and are currently drafting the necessary papers to document the settlement.  The
parties are in the process of finalizing the settlement, and anticipate that a Stipulation of
Dismissal will be filed shortly.  Accordingly, the parties request that this Honorable Court enter a
60 day order, so that the settlement can be consummated.

        We thank the Court for its attention to this matter.

                    Respectfully,


                    Ryan Gentile

cc: Dayle M. Van Hoose